897 A.2d 1166

In re Nominating Petition of Angel CRUZ as Democratic Candidate for Office of Representative in the General Assembly of District Number 180.

Appeal of William Cartagena.

Supreme Court of Pennsylvania.

April 26, 2006.

## *ORDER*

PER CURIAM.

**AND NOW,** this 26th day of April, 2006, the Order of the Commonwealth Court is hereby **AFFIRMED.** The Request for Oral Argument is **DENIED.**